NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL E. PARENT, DC# C09503,  )
           )
   Appellant,    )
           )
v.           )  Case No. 2D17-3444
           )
STATE OF FLORIDA,    )
           )
   Appellee.    )
_____)

Opinion filed August 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Michael E. Parent, pro se.


PER CURIAM.


    Affirmed.


KELLY, VILLANTI, and CRENSHAW, JJ., Concur.